No. D–1410. IN RE DISBARMENT OF VANDER VORT. Disbarment entered. [For earlier order herein, see *ante*, p. 1217.]

No. D–1412. IN RE DISBARMENT OF LEDERBERG. Disbarment entered. [For earlier order herein, see *ante*, p. 1232.]

No. D–1434. IN RE DISBARMENT OF PERRY. It is ordered that Harold L. Perry, of Oakland, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1435. IN RE DISBARMENT OF MCGREEVY. It is ordered that Timothy J. McGreevy, of Sioux Falls, S. D., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1436. IN RE DISBARMENT OF SIMS. It is ordered that William Sims, of Buffalo, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1437. IN RE DISBARMENT OF JONES. It is ordered that Fred Everett Jones, of Memphis, Tenn., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1438. IN RE DISBARMENT OF KENNEDY. It is ordered that Patrick James Kennedy, of Dallas, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1439. IN RE DISBARMENT OF CRIST. It is ordered that John A. Crist, of Middletown, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.